ROBERT E. BARNES (Cal. St. Bar # 235919)
Email: rebarnes@bernhoftlaw.com
Attorney for Defendant Joseph R. Francis
LAW OFFICES OF ROBERT G. BERNHOFT
   24955 Pacific Coast Highway, Suite A204
   Malibu, CA 90265
   Telephone: (414) 276-3333 (general)
               (414) 704-2416 (direct)
   Facsimile:  (414) 276-2822

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

**DENIED**
**BY ORDER OF THE COURT**

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:08-cr-00494-SJO |
| Plaintiff, | |
| v. | [PROPOSED] ORDER TO ALLOW DEFENDANT TO TRAVEL INTERNATIONALLY FOR BUSINESS PURPOSES |
| JOSEPH R. FRANCIS, | |
| Defendant. | |

For good cause shown, IT IS HEREBY ORDERED that Defendant Francis' Motion for an Order Allowing Limited Travel Internationally for Business Purposes IS DENIED.

**DENIED**
**BY ORDER OF THE COURT**

Dated: 9/22/08 .

S. James Otero, U.S. District Judge