1  BRAD D. BRIAN (State Bar No. 79001)
   Brad.Brian@mto.com
2  MICHAEL R. DOYEN (State Bar No. 119687)
   Michael.Doyen@mto.com
3  GREGORY J. WEINGART (State Bar No. 157997)
   Gregory.Weingart@mto.com
4  SUSAN E. NASH (State Bar No. 101837)
   Susan.Nash@mto.com
5  HAILYN J. CHEN (State Bar No. 237436)
   Hailyn.Chen@mto.com
6  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue, Thirty-Fifth Floor
7  Los Angeles, CA  90071-1560
   Telephone:  (213) 683-9100
8  Facsimile:   (213) 687-3702

9  Attorneys for Defendant
   JOSEPH R. FRANCIS

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08-494-SJO |
| Plaintiff, | [~~PROPOSED~~] **ORDER RE: DEFENDANT'S MOTION TO COMPEL GOVERNMENT COMPLIANCE WITH *BRADY*, *GIGLIO*, AND RULE 16(A) OBLIGATIONS** |
| vs. | |
| JOSEPH R. FRANCIS, | |
| Defendant. | |

IT IS HEREBY ORDERED as follows:

Pursuant to the Court's Order at the hearing on the defendant's Motion to Compel Government Compliance with *Brady*, *Giglio*, and Rule 16(a) Obligations ("Defendant's Motion," Docket #167), the Court hereby orders the government to disclose the following information and documents to the defense.

**1.     Tax Returns**

a.     <u>Michael Barrett</u>: The government is hereby ordered to disclose Barrett's Internal Revenue Service ("IRS") individual transcript of account for 2001 through 2008 by June 15, 2009.  The government is further ordered to disclose Barrett's Individual Income Tax Return, Form 1040, for tax years 2001 through 2008 by July 1, 2009.

b.     <u>Mohamed Hadid</u>: The government is hereby ordered to disclose Hadid's IRS individual transcript of account for 2002 and 2003 by June 15, 2009. The government is further ordered to disclose Hadid's Individual Income Tax Return, Form 1040, for tax years 2002 and 2003 by July 1, 2009.  The government is hereby ordered to disclose transcripts of account for 2002 and 2003 for the entities (the "Hadid Entities") referenced in the Supplemental Declaration of Adam R. Lawton in Support of Defendant's Motion, Exhibit B, by June 15, 2009.  The government is further ordered to disclose corporate income tax returns, Forms 1120, for tax years 2002 and 2003 for the Hadid Entities, to the extent such returns exist, by July 1, 2009.

**2.     Evidence of IRS Actions**

The government is hereby ordered to disclose, by June 15, 2009, any evidence of IRS actions or inquiries directed toward any government witness during the past ten years that had an adverse resolution.

**3.     Asia Pacific**

The government is hereby ordered to make available for inspection and copying, by June 15, 2009, the following documents and evidence related to *United*

*States v. Morgan Liddell, et al.*, CV07-00442 (SPK/LEK) that are in the possession of the Internal Revenue Service (Civil or Criminal) or the United States Department of Justice, Tax Division (Civil Trial or Criminal Enforcement Sections):

    a.    The Asia Pacific customer list referenced in the Declaration of Adam R. Lawton in Support of Defendant's Motion, Exhibit C, paragraph A.3;

    b.    Promotional materials regarding Asia Pacific;

    c.    Asia Pacific bank records;

    d.    Tax opinions authored or offered by any of the Bright Enterprises principals or by Morgan Liddell, Cherie Bright, Edward Coda, Loren Trenholm, Colin Chaffe, Nicola Jordan, and Lindsay Barrett;

    e.    Any IRS audits of Asia Pacific clients where any agent or other representative of the IRS found Asia Pacific deductions to be proper, regardless of whether that determination was the final resolution;

    f.    Any statements made during any IRS interview by persons expressing the view that Asia Pacific's tax-sheltering arrangement was legitimate. For purposes of the preceding sentence, the term "statements" includes notes, memoranda, and any other formal or informal records of interviews.

**4.    Business Use of Mexico House**

The government is hereby ordered to disclose, by June 15, 2009, all statements and other evidence in its knowledge or possession suggesting that the house in Punta Mita, Mexico, referred to in the Indictment had, or was or is intended to have, a business purpose or business use. The statements and other evidence that must be disclosed include statements and other evidence that exist in informal notes, informal memoranda, and the like, as well as evidence that the government has not recorded or memorialized in written form.

**5.    Disclosure Pursuant to 26 U.S.C. § 6103(h)(4)(D)**

The disclosures provided pursuant to paragraphs 1, 2, and 3 hereof (the "Protected Tax Information") will be subject to the following conditions:

1      a.     Defense counsel shall not provide the Protected Tax Information to their client.  However, defense counsel may show the Protected Tax Information to their client and discuss with their client the content of said information.  Furthermore, the defendant shall not discuss or share the Protected Tax Information with any third person without the express written authority of his counsel;

       b.     Defense counsel shall not disclose the Protected Tax Information to any other persons, except as necessary in preparation of the defense, without prior authorization from the Court.  The defense is permitted to share the Protected Tax Information with experts, consultants, law firm staff, and similar individuals who work on this case;

       c.     The Protected Tax Information may be used in connection with court filings in this case, provided that said filings are made under seal.  Subject to the rules of evidence, the defendant is permitted to use the Protected Tax Information at trial; and

       d.     At the conclusion of this case, including all proceedings in the trial and/or appellate courts, defense counsel shall return all copies of the Protected Tax Information to the United States Attorney's Office.

IT IS SO ORDERED

DATED:  June 5, 2009

_____
S. James Otero, U.S. District Judge

Submitted by:

_____          _____
Gregory J. Weingart                                       John P. Scully
Munger, Tolles & Olson LLP                          Trial Attorney
Attorneys for Defendant                                Attorney for Plaintiff
Joseph R. Francis                                          United States of America