## United States District Court
## Central District of California
**AMENDED JUDGMENT**

| | |
|---|---|
| **UNITED STATES OF AMERICA vs.** | Docket No.  CR 08-00494(A)-SJO |
| **Defendant**  FRANCIS, Joseph R. | Social Security No.  4  4  3  2 |
| akas:  Joseph Raymond Francis | (Last 4 digits) |

### JUDGMENT AND PROBATION/COMMITMENT ORDER

| | MONTH | DAY | YEAR |
|---|---|---|---|
| In the presence of the attorney for the government, the defendant appeared in person on this date. | Nov. | 6, | 2009 |

**COUNSEL**  [x] WITH COUNSEL
Brad D Brian
David R Houston
Gregory J Weingart
Susan E Nash
(Name of Counsel)

**PLEA**  [x] **GUILTY,** and the court being satisfied that there is a factual basis for the plea.   [ ] **NOLO CONTENDERE**   [ ] **NOT GUILTY**

**FINDING**  There being a finding/verdict of  [x] **GUILTY,** defendant has been convicted as charged of the offense(s) of:
26 U.S.C. § 7207 Filing of Fraudulent Tax Return as charged in counts one and two of the First Superseding Information.   18 U.S.C. § 201(c)(1)(A)) Bribery of Public Official as charged in count three of the First Superseding Information.

**JUDGMENT AND PROB/ COMM ORDER**  The Court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that:

It is ordered that the defendant shall pay restitution in the total amount of $249,705 pursuant to 18 U.S.C. § 3663. The amount of restitution ordered shall be paid to the Internal Revenue Service. Restitution shall be paid in full immediately.

It is ordered that the defendant shall pay to the United States a special assessment of $150, which is due immediately.

It is ordered that the defendant shall pay to the United States a total fine of $10,000. The fine shall be paid in full immediately.

Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Joseph R. Francis, is hereby committed on Counts One, Two, and Three of the Three-Count First-Superseding Information to the custody of the Bureau of Prisons to be imprisoned for a term of time served. The Court Orders that the defendant shall not serve any additional time in custody.

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of one year under the following terms and conditions:

| USA vs. **FRANCIS, Joseph R.** | Docket No.: | **CR 08-00494(A)-SJO** |
|---|---|---|

1. The defendant shall not commit another federal, state, or local crime;

2. There are no travel restrictions on the defendant, and the defendant shall be permitted to leave the judicial district and to travel both domestically and internationally. The defendant shall advise the Probation Officer in advance and upon return of any travel outside the United States;

3. The defendant shall submit a truthful and complete written report within the first five days of each month, and shall report to the Probation Officer as directed by the Court or Probation Officer;

4. The defendant shall answer truthfully all inquiries by the Probation Officer;

5. The defendant shall support his dependents and meet other family obligations;

6. The defendant shall work regularly at a lawful occupation unless excused by the Probation Officer for schooling, training, or other acceptable reasons;

7. The defendant shall notify the Probation Officer at least 10 days prior to any permanent change in residence or employment;

8. The defendant shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;

9. The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered, except as prescribed by a physician;

10. The defendant shall not associate with any persons known by the defendant with the exception of family members, engaged in criminal activity;

11. The defendant shall notify the Probation Officer within 72 hours of being arrested either in the United States or outside the United States or questioned by a United States law enforcement officer, including local, city, state or federal U.S. enforcement officers but excludes any foreign officers;

12. The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the Court;

13. The defendant shall not possess a firearm, destructive device, or any other dangerous weapon but is permitted to retain bodyguards and wear a protective vest as necessary to his personal safety; and

| USA vs. **FRANCIS, Joseph R.** | Docket No.: **CR 08-00494(A)-SJO** |
|---|---|

     14.   During the period of community supervision the defendant shall pay the special assessment, restitution, and fine in accordance with this judgment's orders pertaining to such payment.

The Court advises the defendant of his right to appeal.

In the interest of justice the Court dismisses the underlying Indictment.

The Court Orders the bond exonerated.

The period of supervised release shall end on midnight, Monday, November 8, 2010

The Court may at any time during the supervision period issue a warrant and revoke supervision for a violation occurring during the supervision period.

| November 6, 2009 | S. James Otero |
|---|---|
| Date | U. S. District Judge/Magistrate Judge |

It is ordered that the Clerk deliver a copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

Terry Nafisi, Clerk

| November 6, 2009 | By | Victor Paul Cruz |
|---|---|---|
| Filed Date | | Deputy Clerk |

USA vs.  **FRANCIS, Joseph R.**  Docket No.:  **CR 08-00494(A)-SJO**

## STATUTORY PROVISIONS PERTAINING TO PAYMENT AND COLLECTION OF FINANCIAL SANCTIONS

The defendant shall pay interest on a fine or restitution of more than $2,500, unless the court waives interest or unless the fine or restitution is paid in full before the fifteenth (15th) day after the date of the judgment pursuant to 18 U.S.C. §3612(f)(1). Payments may be subject to penalties for default and delinquency pursuant to 18 U.S.C. §3612(g). Interest and penalties pertaining to restitution, however, are not applicable for offenses completed prior to April 24, 1996.

If all or any portion of a fine or restitution ordered remains unpaid after the termination of supervision, the defendant shall pay the balance as directed by the United States Attorney's Office. 18 U.S.C. §3613.

The defendant shall notify the United States Attorney within thirty (30) days of any change in the defendant's mailing address or residence until all fines, restitution, costs, and special assessments are paid in full. 18 U.S.C. §3612(b)(1)(F).

The defendant shall notify the Court through the Probation Office, and notify the United States Attorney of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay a fine or restitution, as required by 18 U.S.C. §3664(k). The Court may also accept such notification from the government or the victim, and may, on its own motion or that of a party or the victim, adjust the manner of payment of a fine or restitution-pursuant to 18 U.S.C. §3664(k). See also 18 U.S.C. §3572(d)(3) and for probation 18 U.S.C. §3563(a)(7).

Payments shall be applied in the following order:

1. Special assessments pursuant to 18 U.S.C. §3013;
2. Restitution, in this sequence:
    Private victims (individual and corporate),
    Providers of compensation to private victims,
    The United States as victim;
3. Fine;
4. Community restitution, pursuant to 18 U.S.C. §3663(c); and
5. Other penalties and costs.

## SPECIAL CONDITIONS FOR PROBATION AND SUPERVISED RELEASE

The defendant shall not transfer, sell, give away, or otherwise convey any asset with a fair market value in excess of $500 without approval of the Probation Officer until all financial obligations imposed by the Court have been satisfied in full.

These conditions are in addition to any other conditions imposed by this judgment.

## RETURN

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____ to _____
Defendant noted on appeal on _____
Defendant released on _____
Mandate issued on _____
Defendant's appeal determined on _____
Defendant delivered on _____ to _____

| | |
|---|---|
| USA vs. **FRANCIS, Joseph R.** | Docket No.: **CR 08-00494(A)-SJO** |

at _____
the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

United States Marshal

By _____

_____  
Date                        Deputy Marshal

### CERTIFICATE

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

Clerk, U.S. District Court

By _____

_____  
Filed Date                  Deputy Clerk

### FOR U.S. PROBATION OFFICE USE ONLY

Upon a finding of violation of probation or supervised release, I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.

(Signed) _____        _____  
Defendant                                    Date

_____                _____  
U. S. Probation Officer/Designated Witness    Date